

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

LaKerry Devonerich Bowie, Appellant

No. 06-13-00014-CR        v.

State of Texas, Appellee

Appeal from the 241st District Court of Smith County, Texas (Tr. Ct. No. 241-0134-12). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, LaKerry Devonerich Bowie, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 29, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk